IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02943-LTB

BRENT LEE MAILAND,

    Applicant, named as Defendant,

v.

THE PEOPLE OF THE STATE OF COLORADO,

    Respondent.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on December 28, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Respondent and against Applicant.

    DATED at Denver, Colorado, this 28 day of December, 2012.

                              FOR THE COURT,

                              JEFFREY P. COLWELL, Clerk

                              By: s/ S. Grimm
                                  Deputy Clerk